JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA VVANTI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC a Delaware limited liability company and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:19-CV-02407-WLH (JPR)<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION [67]** |

The Court, having considered Plaintiff Samantha Vvanti's ("Plaintiff") and Defendant O'Reilly Auto Enterprises' ("Defendant") Stipulation to Remand Removed Action (Docket No. 67) hereby orders that:

This action be remanded to the Superior Court for the State of California, County of Los Angeles, where the Action was commenced, and that each Party shall bear their own attorneys' fees and costs with respect to this Action or the remand thereof.

**IT IS SO ORDERED.**

Dated: November 7, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1